IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOHN P. JOHNSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 5:12-cv-01117-FB-HJB |
| § | |
| BANK OF AMERICA, § | |
| § | |
| Defendant. § | |

## ORDER

WHEREFORE, having considered Defendant's Motion for Leave to Exceed Page Limit for Its Rule 12(B)(6) Motion To Dismiss (the "Motion") and any response thereto, it is ORDERED that the Motion is hereby GRANTED and Defendant's Rule 12(B)(6) Motion To Dismiss may be up to twenty (20) pages in length.

SIGNED AND ENTERED this _____ day of _____201_.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE