**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| JOHN P. JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 5:12-cv-01117-FB-HJB |
| | § | |
| BANK OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT FIA CARD SERVICES, N.A.**

Defendant Bank of America, more properly referred to as FIA Card Services, N.A.,

("FIA"), by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that

FIA is a non-governmental corporate party and that its parent corporation and all publicly held

corporations owning ten percent or more of its stock are listed below:

> FIA Card Services, N.A., is a wholly owned subsidiary of NB
> Holdings Corp.  NB Holdings Corp. is wholly owned by Bank of
> America Corporation, which is publicly traded.

- 1 -

Dated: December 26, 2012

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.


/s/ Ronald D. Smith
    Ronald D. Smith
    State Bar No.  24056344
    rsmith@fulbright.com
    Blake W. Stribling
    State Bar No.  24070691
    bstribling@fulbright.com
300 Convent Street, Suite 2100
San Antonio, TX  78205-3792
Telephone:     (210) 224-5575
Facsimile:     (210) 270-7205

Counsel for Defendant


## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2012, I electronically filed the foregoing with the Clerk of the Court using the ECF system for the Western District of Texas which will send notification of such filing to the following CM/ECF participants:

John P. Johnson, pro se
11006 Clifton Forge
San Antonio, TX 78230
jjohnsonrents@yahoo.com


/s/ Ronald D. Smith
Ronald D. Smith