United States District Court
Western District of Texas
San Antonio
**Deficiency Notice**

| | |
|---|---|
| To: | Smith, Ronald David |
| From: | Court Operations Department, Western District of Texas |
| Date: | Wednesday, December 26, 2012 |
| Re: | 05:12-CV-01117-FB / Doc # 6 / Filed On: 12/26/2012 10:16 AM CST |

Pursuant to the <u>Administrative Polices and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY.** When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Certificate of Service reflects service by CM/ECF. Pro Se plaintiff John P. Johnson is not a registered user of CM/ECF. therefore he must be served by other means. Please file an amended certificate of service ONLY with proper heading, case style, case number and document title. It can be filed using the Certificate of Service event located under Service of Process.