IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOHN P. JOHNSON, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. 5:12-cv-01117-FB-HJB |
| | § |
| BANK OF AMERICA, | § |
| | § |
| Defendant. | § |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Defendant's Unopposed Motion to Enlarge Page Limit for its Rule 12(B)(6) Motion to Dismiss [Dkt. 5] filed electronically in United States District Court for the Western District of Texas on December 26, 2012 is being served via Certified Mail, Return Receipt Requested and by U.S. First Class Mail, on this 26th day of December, 2012 upon: John P. Johnson, pro se, 11006 Clifton Forge, San Antonio, TX 78230

| | |
|---|---|
| Dated: December 26, 2012 | Respectfully submitted,<br><br>FULBRIGHT & JAWORSKI L.L.P.<br><br>/s/ Ronald D. Smith<br>Ronald D. Smith<br>State Bar No.  24056344<br>rsmith@fulbright.com<br>Blake W. Stribling<br>State Bar No.  24070691<br>bstribling@fulbright.com<br>300 Convent Street, Suite 2100<br>San Antonio, TX  78205-3792<br>Telephone:     (210) 224-5575<br>Facsimile:     (210) 270-7205<br><br>Counsel for Defendant |