**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| JOHN P. JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 5:12-cv-01117-FB-HJB |
| | § | |
| BANK OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

**<u>AMENDED CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the Corporate Disclosure Statement of

Defendant FIA Card Services, N.A. [Dkt. 6] filed electronically in United States District Court

for the Western District of Texas on December 26, 2012 is being served via Certified Mail,

Return Receipt Requested and by U.S. First Class Mail, on this 26th day of December, 2012

upon: John P. Johnson, pro se, 11006 Clifton Forge, San Antonio, TX 78230

Dated: December 26, 2012

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

/s/ Ronald D. Smith
    Ronald D. Smith
    State Bar No.  24056344
    rsmith@fulbright.com
    Blake W. Stribling
    State Bar No.  24070691
    bstribling@fulbright.com
300 Convent Street, Suite 2100
San Antonio, TX  78205-3792
Telephone:  (210) 224-5575
Facsimile:  (210) 270-7205

Counsel for Defendant