IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JOHN P. JOHNSON,<br>Plaintiff ProSe' | ) ) ) ) | |
| v. | ) ) | Case No: SA12CA1117 FB |
| BANK OF AMERICA,<br>Defendant | ) ) ) ) ))) | **Civil Rights Violation Complaint**<br>**Trial By Jury Demanded** |

FILED
2013 FEB -6  P 2: 45

## PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Plaintiff hereby submits Exhibits A through D as requested by the court.

Respectfully submitted this 5th of February, 2013

*[signature]*

John P. Johnson
11006 Clifton Forge
San Antonio, TX 78230
jjohnsonrents@yahoo.com
210-842-7851

1

## CERTIFICATE OF SERVICE

I, __John P. Johnson__, Plaintiff pro se, do here by certify that on the __5th__ Day of __February__, 20__13__, a true and correct copy of the foregoing pleading was forwarded to __Ronald D Smith__, the attorney for (Defendant) by ___(State the manner of delivery - eg. U.S. Mail; Hand Delivery (Certified Mail))___ at the following address: (give address of Attorney for the Defendant).

Ronald D. Smith
300 Convent Street, Suite 2100
San Antonio, TX 78205-3792

Dated: __5 Feb 13__

_____
Signature of Plaintiff