IN THE UNTED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOHN P. JOHNSON,<br>Plaintiff ProSe' | )<br>)<br>) |
| v. | ) |
| MICHAEL J. SCOTT P.C.,<br>Defendant<br>NORTH STAR CAPITAL ACQUISITION,<br>Co-Defendant<br>FIA CARD SERVICES,<br>Co-Defendant<br>BANK OF AMERICA,<br>Co-Defendant | )<br>)<br>)<br>)<br>)<br>))) |

Case No: SA-12-CA-1117-FB

**Civil Rights Violation Complaint**
**Trial By Jury Demanded**

## NOTICE TO MAGISTRATE

Plaintiff has had multiple problems attempting to obtain service on Co-Defendant North Star Capital Acquisition. North Star has apparently merged and or changed their name, and refused service at address Plaintiff could acquire, making service difficult. Plaintiff attempted to get another copy of complaint time and date stamped, but through either a miscommunication or Plaintiff's understanding of the process of acquiring another stamped copy of the amended complaint Plaintiff inadvertently agitated Counsel for FIA.

Plaintiff has recently acquired the address of Co-Defendant North Star Capital Acquisition's registered agent in Texas and would like the opportunity to serve their agent if possible.

_/s/ John P. Johnson_
John P. Johnson
Plaintiff ProSe

Attachment 11 - Certificate of Service

## CERTIFICATE OF SERVICE

I, __John P. Johnson__, Plaintiff pro se, do here by certify that on the __17th__ Day of __Aug__, 20__13__, a true and correct copy of the foregoing pleading was forwarded to __Robbie Malone__, the attorney for (Defendant) by ___(State the manner of delivery - eg (U.S. Mail;) Hand Delivery; Certified Mail)___ at the following address:___(give address of Attorney for the Defendant)___.

Robbie Malone
Robbie Malone P.L.L.C
8750 North Central Expressway
Suite 1850
Dallas, TX 75231

Dated: __10 Aug 13__

_____
Signature of Plaintiff

Blake W. Stribling
Fulbright & Jaworski, L.L.P.
300 Convent Street - Suite 2100
San Antonio, TX 78205