IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHN P. JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 5:12-cv-01117-FB-HJB |
| | § | |
| BANK OF AMERICA, et al. | § | |
| | § | |
| Defendants. | § | |

## ORDER

WHEREFORE, having considered Defendant FIA Card Services, N.A.'s ("FIA") Motion for an Extension of Time to respond to Plaintiff's discovery motions (ECF Nos. 72 and 73, "Plaintiff's Discovery Motions"), it is ORDERED that FIA's Motion for and Extension of Time is hereby GRANTED and FIA shall have by and through seven days after Plaintiff files an amended complaint to respond to Johnson's Discovery Motions.

SIGNED AND ENTERED this 6th day of November, 2013.

HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE