IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOHN P. JOHNSON,<br>    Plaintiff ProSe'<br><br>v.<br><br>MICHAEL J. SCOTT P.C.,<br>    Defendant<br>FIA CARD SERVICES,<br>    Co-Defendant<br>BANK OF AMERICA,<br>    Defendant | Case No: SA12CA1117  FB<br><br>**Civil Rights Violation Complaint**<br>**Trial By Jury Demanded** |

## CERTIFICATE OF ATTEMPT TO CONFER IN GOOD FAITH

Plaintiff hereby declares he has attempted to confer in good faith with counsel for Defendant Michael J.Scott P.C.. Efforts to obtain full and complete answers and relevant documents to Plaintiff's requests for discoverable evidence have proven unsuccessful.

Respectfully,

John P. Johnson Plaintiff Pro Se'
Mailing: 11006 Clifton Forge
         San Antonio, Texas 78230
Residence: 861 28 th St. W.
         Lakehills, Texas 78063
         210-842-7851
         jjohnsonrents@yahoo.com

1

## CERTIFICATE OF SERVICE

I, **John P. Johnson**, Plaintiff pro se, do here by certify that on the **22nd** Day of **November**, 20**13**, a true and correct copy of the foregoing pleading was forwarded to **Blake Stribling**, the attorney for (Defendant) by __(State the manner of delivery - eg (U.S. Mail) Hand Delivery; Certified Mail)__ at the following address: (give address of Attorney for the Defendant).

Blake Stribling
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

Dated: 22 Nov 13

_____
Signature of Plaintiff