IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOHN P. JOHNSON,<br>Plaintiff ProSe' | )<br>)<br>) |
| v. | ) |
| MICHAEL J. SCOTT P.C.,<br>Defendant<br>FIA CARD SERVICES,<br>Co-Defendant<br>BANK OF AMERICA,<br>Co-Defendant | Case No: SA-12-CA-1117-FB<br><br>**Civil Rights Violation Complaint**<br>**Trial By Jury Demanded** |

## AFFIDAVIT OF FACT

NOW COMES the Affiant, John P. Johnson of Lakehills, Texas who is over the age of 21 years, competent to testify, and declares as follows under penalty of perjury regarding Case No. SA-12-CA-1117-FB; John P. Johnson v. Michael J. Scott, P.C.:

1. That Affiant/Plaintiff has not now, nor has he ever at any time in the past provided written authorization for Defendant Michael J. Scott, P.C. to access his credit report.

2. That Affiant/Plaintiff has not now, nor has he ever at any time in the past applied for credit, insurance or employment from Defendant Michael J. Scott, P.C.

## NOTARY'S VERIFICATION

STATE OF TEXAS        §
                                      §
COUNTY OF BEXAR  §

On this day personally came before me the above-named Affiant, who proved his identity to me to my satisfaction, and he acknowledged his signature on this Affidavit in my presence and stated that he did so with full understanding that he was subject to the penalties of perjury.

## AFFIRMATION

I hereby affirm that I prepared and have read this Affidavit and that I believe the foregoing statements in this Affidavit to be true and correct. I hereby further affirm that the basis of these beliefs is my own direct knowledge of the described herein.

Further the Affiant sayeth naught.

Signed in San Antonio, Texas

March 24, 2014

_____
John P. Johnson

Name of Notary: Melinda Hernandez
Signature: Melinda Hernandez

MELINDA HERNANDEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 08-28-2017

## CERTIFICATE OF SERVICE

I, _John P. Johnson_, Plaintiff pro se, do here by certify that on the _26_ Day of _March_, 20 _14_, a true and correct copy of the foregoing pleading was forwarded to _Robbie Malone_, the attorney for (Defendant) by ___ (State the manner of delivery - eg. U.S. Mail; Hand Delivery; (Certified Mail) at the following address:___ (give address of Attorney for the Defendant)   .

_Robbie Malone_
_Northpark Central, Suite 1850_
_8750 N. Central Expressway_
_Dallas, TX 75231_

Dated: _25 March 2014_

_____
Signature of Plaintiff