IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOHN P. JOHNSON,<br>Plaintiff ProSe' | )<br>)<br>) |
| v. | )<br>) |
| MICHAEL J. SCOTT P.C.,<br>Defendant<br>FIA CARD SERVICES,<br>Co-Defendant<br>BANK OF AMERICA,<br>Co-Defendant | )<br>)<br>)<br>)<br>)<br>) |

Case No: SA-12-CA-1117-FB

**Civil Rights Violation Complaint**
**Trial By Jury Demanded**

## AFFIDAVIT OF FACT

NOW COMES the Affiant, John P. Johnson of Lakehills, Texas who is over the age of 21 years, competent to testify, and declares as follows under penalty of perjury regarding Case No. SA-12-CA-1117-FB; John P. Johnson v. Michael J. Scott, P.C.:

1. That Affiant/Plaintiff has not now, nor has he ever at anytime received a copy of Defendant Scott's Demand letter, dated March 2, 2011 (See Defendant's Exhibit C).

2. That Affiant/Plaintiff did receive a copy of demand letter from Defendant Scott dated March 2, 2011, (See Plaintiff's Exhibit P1). This original demand letter is different than the one filed by Defendant Scott as evidence of Demand letter sent to Plaintiff (See Defendant's Exhibit C).

3. That Affiant/Plaintiff has not now, nor has he ever at anytime received Validation

from Defendant Scott regarding any money owed to or account with North Star Capital Acquisition, LLC.

## NOTARY'S VERIFICATION

STATE OF TEXAS              §
                            §
COUNTY OF BEXAR             §

On this day personally came before me the above-named Affiant, who proved his identity to me to my satisfaction, and he acknowledged his signature on this Affidavit in my presence and stated that he did so with full understanding that he was subject to the penalties of perjury.

## AFFIRMATION

I hereby affirm that I prepared and have read this Affidavit and that I believe the foregoing statements in this Affidavit to be true and correct. I hereby further affirm that the basis of these beliefs is my own direct knowledge of the described herein.

Further the Affiant sayeth naught.

Signed in San Antonio, Texas

June 9, 2014

Name of Notary _Gabriel Rodriguez_

Signature _[signature]_                               seal

GABRIEL RODRIGUEZ III
Notary Public
STATE OF TEXAS
My Comm. Exp. 03/12/2018

John P. Johnson

Mailing: 11006 Clifton Forge
San Antonio, Texas 78230
Residence: 861 28 th St. W.
Lakehills, Texas 78063
210-842-7851
jjohnsonrents@yahoo.com