IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHN P. JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-12-CA-1117-FB |
| | § | |
| MICHAEL J. SCOTT, P.C., | § | |
| | § | |
| Defendant. | § | |

### J U D G M E N T

The Court considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Order Accepting Report and Recommendation of the United States Magistrate Judge filed in this cause on this same date,

It is hereby ORDERED, ADJUDGED and DECREED that the Report and Recommendation of the United States Magistrate Judge (docket #109), is ACCEPTED such that: (1) Defendant Michael J. Scott P.C.'s Motion for Summary Judgment (docket #98) is GRANTED, (2) Plaintiff's Motion to Strike Defendant's Affidavit (docket #103) is DENIED, and (3) plaintiff's case is DISMISSED WITH PREJUDICE. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 31st day of July, 2014.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE